People v Rivera (2025 NY Slip Op 05754)

People v Rivera

2025 NY Slip Op 05754

Decided on October 16, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 16, 2025

Before: Kern, J.P., Scarpulla, Pitt-Burke, O'Neill Levy, JJ. 

Ind No. 3635/16|Appeal No. 4968|Case No. 2019-04979|

[*1]The People of the State of New York, Respondent,
v
David Rivera, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Kathryn Roop of counsel), for appellant.

Judgment, Supreme Court, New York County (Edwina G. Mendelson, J. at plea; Gayle P. Roberts, J. at sentencing), rendered July 19, 2019, convicting defendant, upon his pleas of guilty, of burglary in the second and third degrees, and sentencing him to an aggregate term of 3½ years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 16, 2025